1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    EASTERN DISTRICT OF WASHINGTON
7   UNITED STATES OF AMERICA,        )
                                     )    NOS.  CR-06-2118-WFN-1
8                        Plaintiff,  )          CR-06-2135-WFN-1
                                     )
9        -vs-                        )
                                     )    ORDER DISMISSING
10  SANTOS PETER MURILLO,            )    INDICTMENTS
                                     )
11                       Defendant.  )
                                     )
12  ─────────────────────────────────

13          IT IS HEREBY ORDERED that the Indictments in the above-entitled matters are

14  DISMISSED WITH PREJUDICE.  The Court makes no judgment as to the merit or wisdom

15  of this dismissal.

16          The District Court Executive is directed to file this Order and provide copies to

17  counsel.

18          **DATED** this 8th day of January, 2007.

19
20                                    ____s/ Wm. Fremming Nielsen____
                                            WM. FREMMING NIELSEN
21  01-05                             SENIOR UNITED STATES DISTRICT JUDGE
22
23
24
25
26

ORDER DISMISSING
INDICTMENTS